UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGEGREENBELT, MARYLAND 20770
301-344-0052

# M E M O R A N D U M

TO:Counsel of Record

FROM:Judge Roger W. Titus

RE:*United States of America v. Stanley Witherspoon*
Criminal No. RWT-10-472-7

DATE:January 3, 2012

* * * * * * * * *

Before the Court is Defendant's Motion to Continue Sentencing, Doc. No. 271, which the Government does not oppose. The Court, finding the request to be reasonable, grants the motion and the sentencing currently scheduled for January 3, 2012, is hereby **RESCHEDULED** for **March 13, 2012 from 10:00 a.m. until 11:30 a.m.**

This is the third continuance asked for by the Defendant and granted by this Court. On July 6, 2011, Defendant filed a Motion to Continue Sentencing, Doc. No. 245, which this Court granted. Doc. No. 247. On November 14, 2011, Defendant filed a Second Motion to Continue Sentencing, Doc. No. 262, which this Court granted. Doc. No. 264. While the Court is cognizant of Defendant's medical situation, Defendant is cautioned that the Court is unlikely to grant future continuances absent extreme circumstances.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge